IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHIMNEY ROCK PUBLIC POWER DISTRICT,** *et al,* | ) ) ) | Case No. 7:09-cv-5008 |
| **Plaintiffs,** | ) ) ) | **ORDER** |
| vs. | ) ) | |
| **TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,** *et al.,* | ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the court on the parties' "Joint and Stipulated Motion to Extend the Time for Filing the Rule 26(f) Report and for Exchanging Rule 26(a)(1) Initial Disclosures" (Filing No. 32). The motion advises that the defendants plan to respond to the complaint on or before January 15, 2010 by filing various preliminary motions, e.g., motions pursuant to Fed. R. Civ. P. 12(b) or to transfer venue pursuant to 28 U.S.C. § 1404(a).

For good cause shown,

**IT IS ORDERED** that the Motion (Filing No. 32) is granted, as follows:

1. The defendants shall file their preliminary motions in response to Plaintiffs' Complaint no later than **January 15, 2010.**

2. The Parties shall file their completed *Report of Parties' Rule 26(f) Planning Conference*, and shall exchange their Rule 26(a)(1) initial disclosures, within 30 days after the parties complete all briefing on the defendants' preliminary motions.

**DATED December 29, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**