# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHIMNEY ROCK PUBLIC POWER DISTRICT,** *et al.*, | ) ) ) | Case Number: 7:09-cv-5008 |
| **Plaintiffs,** | ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| **TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC,** *et al.*, | ) ) ) ) | |
| **Defendants.** | ) | |

    This matter is before the Court on the Parties' "Joint and Stipulated Motion for an Extended Briefing Schedule." The Motion advises that the Parties have agreed to a briefing schedule whereby Plaintiffs plan to file opposing briefs to the Defendants' various motions to dismiss and motions to transfer venue no later than March 5, 2010, and Defendants plan to file reply briefs in response to Plaintiffs' opposing briefs no later than April 2, 2010.

    For good cause shown,

    **IT IS ORDERED** that the Motion is granted, as follows:

    1.    The Plaintiffs shall file their opposing briefs in response to Defendants' motions to dismiss and motions to transfer venue no later than March 5, 2010.

    2.    The Defendants shall file their reply briefs in response to Plaintiffs' opposing briefs no later than April 2, 2010.

```
DATED January 22, 2010.
```

```
                              BY THE COURT:

                              s/ F.A. Gossett
                              United States Magistrate Judge
```