IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHIMNEY ROCK PUBLIC POWER DISTRICT**, *et al.*, | Case Number: 7:09-cv-5008 |
| Plaintiffs, | |
| | ORDER |
| v. | |
| **TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC**, *et al.*, | |
| Defendants. | |

    This matter is before the Court on the Parties' "Stipulated Motion for an Extended Briefing Schedule" (Filing 51)  The Motion advises that the Parties have agreed to a briefing schedule whereby Plaintiffs plan to file opposing briefs to the Defendants' various motions to dismiss and motions to transfer venue no later than March 12, 2010, and Defendants plan to file reply briefs in response to Plaintiffs' opposing briefs no later than April 9, 2010.

    For good cause shown,

    **IT IS ORDERED** that the Motion (Filing 51) is granted, as follows:

    1.  The Plaintiffs shall file their opposing briefs in response to Defendants' motions to dismiss and motions to transfer venue no later than March 12, 2010.

    2.  The Defendants shall file their reply briefs in response to Plaintiffs' opposing briefs no later than April 9, 2010.

    **DATED March 2, 2010.**

                                                         **BY THE COURT:**

                                                         s/ F.A. Gossett
                                                         **United States Magistrate Judge**