IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIMNEY ROCK PUBLIC POWER DISTRICT, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 7:09CV5008 |
| vs. | ) ) ) | ORDER |
| TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Joint and Stipulated Motion (#61): (1) to Extend the Deadline for Exchanging Initial Disclosures, and (2) Requesting a Status Conference (the "Motion"). All of the plaintiffs and all of the defendants (collectively the "Parties") jointly filed the Motion under Federal Rule of Civil Procedure ("Rule") 6(b)(1)(A).

For the reasons stated in the Motion, the Court finds the Parties have demonstrated good cause for extending the deadline for exchanging Initial Disclosures, and the Parties' Motion should be granted. Accordingly,

**IT IS HEREBY ORDERED:**

1. The joint Motion (#61) is granted.

2. The existing May 10, 2010 deadline for exchanging Rule 26(a)(1) initial disclosures is extended to June 2, 2010; and

3. A telephonic status conference is scheduled for Monday, May 17, 2010 at 3:00 P.M. (Central Time). The conference call shall be initiated by Plaintiffs' counsel.

Dated this 5th day of May 2010.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge